UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY W. BIELER, | Case No.: 3:25-cv-00449-ART-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 1 |
| STATE OF NEVADA, et al., | |
| Defendants | |

On October 23, 2025, the court directed Plaintiff to either pay the filing fee or submit a complete IFP application on the court's form. Plaintiff has filed an application that does not contain a trust account statement or a financial certificate completed by an authorized official at Plaintiff's facility. The financial certificate contains writing by Plaintiff, including a note at the top stating, "They don't fill this out on me anymore."

Plaintiff did provide a financial certificate and trust account statement when he initiated this action. But the certificate is, at this point, more than four months old. Because it appears that an initial partial filing fee may be required, but the current status of Plaintiff's trust account is unclear, the court requests that Plaintiff try once more to obtain an updated financial certificate and submit it to the court. Plaintiff will have until December 8, 2025, to submit a current financial certificate and a copy of Plaintiff's jail trust fund account statement for the previous six-month period.

/ / /

/ / /

/ / /

Accordingly, **IT IS ORDERED** that:

(1) Plaintiff will have until December 8, 2025, to **FILE** an updated financial certificate, properly signed by both Plaintiff and a prison or jail official, and a copy of Plaintiff's jail trust fund account statement for the previous six-month period.

(2) The Clerk shall **SEND** copy of this order and the court's financial certificate form to the Plaintiff and to the Director of Inmate Finances for Washoe County Detention Facility at 911 Parr Blvd, Reno, NV 89512.

**IT IS SO ORDERED**.

Dated: November 24, 2025

_____
Craig S. Denney
United States Magistrate Judge