UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY W. BIELER, | Case No.: 3:25-cv-00449-ART-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 1 |
| STATE OF NEVADA, et al., | |
| Defendants | |

On October 23, 2025, the court directed Plaintiff to either pay the filing fee or submit a complete IFP application on the court's form. Plaintiff has filed an application that does not contain a trust account statement or a financial certificate completed by an authorized official at Plaintiff's facility. The financial certificate contains writing by Plaintiff, including a note at the top stating, "They don't fill this out on me anymore."

On November 24, 2025, the court ordered Plaintiff to obtain an updated financial certificate and copy of Plaintiff's jail trust fund for the last six-month period. Plaintiff has, to date, failed to do so.

The court will direct Plaintiff one last time to submit an updated financial certificate and copy of his jail trust account or provide a declaration to the court, signed under penalty of perjury, why he is unable to do so. Plaintiff shall file an updated financial certificate and trust account statement or declaration in compliance with this order on or before February 9, 2026. Failure to do so may result in a recommendation that this action be dismissed without prejudice.

Accordingly, **IT IS ORDERED** that:

(1) Plaintiff will have until February 9, 2026, to **FILE** an updated financial certificate, properly signed by both Plaintiff and a prison or jail official, and a copy of Plaintiff's jail trust fund account statement for the previous six-month period, or to **SUBMIT** a declaration signed under penalty of perjury explaining why he is unable to do so.

(2) The Clerk shall **SEND** copy of this order and the court's financial certificate form to the Plaintiff and to the Director of Inmate Finances for Washoe County Detention Facility at 911 Parr Blvd, Reno, NV 89512.

**IT IS SO ORDERED**.

Dated: January 8, 2026

_____
Craig S. Denney
United States Magistrate Judge