UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIMOTHY WILLIAM BIELER,

         Plaintiff,

vs.

STATE OF NEVADA, et al.,

         Defendants.

Case No. 3:25-cv-449-ART-CSD

ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE
(ECF No. 11)

Plaintiff Timothy William Bieler, who is incarcerated at Washoe County Detention Center, brings this action asserting that his rights were violated in the course of an arrest. (ECF No. 1-1.) Mr. Bieler filed an application to proceed *in forma pauperis* ("IFP"). (ECF No. 5.) Magistrate Judge Denney issued a Report and Recommendation ("R&R") recommending denial of Mr. Bieler's IFP application. (ECF No. 11.) The deadline to object to Judge Denney's R&R has passed, and Mr. Bieler has not submitted an objection. Instead, Mr. Bieler has submitted a notice authorizing the court to take the filing fee out of his account. (ECF Nos 12; 13.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Because Plaintiff has not objected, the Court conducts no review of Judge Denney's R&R and adopts it in full. Judge Denney recommends denial of Mr. Bieler's IFP application because it appears from the certified account statement submitted with his application that he has sufficient funds to pay the filing fee.

1

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 11) is ADOPTED.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* is DENIED WITHOUT PREJUDICE. Plaintiff is required to pay the full $405.00 filing fee within thirty days of this order. Any failure to pay the filing fee may result in the dismissal of this action.

The Clerk of Court is kindly directed to send Plaintiff a courtesy copy of the information and instructions for filing an IFP application.

Plaintiff is advised that the IFP application instructions require him to send a check or money order for $405 directly to the Court. Plaintiff may request that the Washoe County Detention Facility mail his payment directly to the Court with a copy of this order. The attached instructions inform Plaintiff of who to have the Washoe County Detention Facility make his check or money order payable to and where to have the Washoe County Detention Facility send his check or money order for this matter.

Dated this 20th day of March, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE